### STATE

v.

### Normand GUERARD.

### No. 81–393–M.P.

Supreme Court of Rhode Island.

Oct. 22, 1981.

Dennis J. Roberts II, Atty. Gen., Judith Crowell, Sp. Asst. Atty. Gen., for petitioner.

Normand Guerard, pro se.

### ORDER

The petition for writ of certiorari is denied.

### WOONSOCKET HEALTH CENTER

v.

### Wallace D. SIMMONS.

### No. 81–406–M.P.

Supreme Court of Rhode Island.

Oct. 22, 1981.

Revens & DeLuca Ltd., Sandra A. Blanding, Amato A. DeLuca, Warwick, for plaintiff-respondent.

William G. Savastano, Woonsocket, for defendant-petitioner.

Cynthia M. Hiatt, Legal Counsel, Rhode Island Commission for Human Rights, Providence, Amicus Curiae.

### ORDER

The motion of the Rhode Island Commission for Human Rights to file a brief as amicus curiae is granted. The petition for writ of certiorari is granted.

### Mary BOGETTI, as the widow and heir-at-law of Louis Francis Bogetti

v.

### JOHNS–MANVILLE PRODUCTS CORPORATION et al.

### No. 81–498–M.P.

Supreme Court of Rhode Island.

Oct. 28, 1981.

Little, Little, McDonald & Gaschen, Francis A. Gaschen, East Providence, for plaintiff-respondent.

Asquith, Wiley, Ryan & Anderson, Harry W. Asquith, Edward W. Moses, Providence, for defendants-petitioners.

### ORDER

The petition for writ of certiorari is denied.